MICHAEL C. COHEN (CSB # 65487)
MARGUERITE M. MALLOY (CSB # 197347)
LAW OFFICES OF MICHAEL C. COHEN
1814 FRANKLIN STREET, SUITE 900
OAKLAND, CALIFORNIA 94612
TELEPHONE:   (510) 832-6436
FACSIMILE:   (510) 832-6439

Attorneys for Plaintiff SEAN WALLY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN WALLY,<br><br>   Plaintiff,<br>vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>   Defendants. | Case No. C 05-03937 MEJ<br><br>Date Action Filed: September 28, 2005<br><br>**STIPULATED DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice, in its entirety, pursuant to FRCP 41(a)(1).

Dated: 1/24/06

_____
SEAN WALLY, Plaintiff

Dated: 1-26-06

_____
MARGUERITE M. MALLOY
Attorney for Plaintiff

1

RE STIPULATED DISMISSAL

Dated: _____                    Dated: 02-08-06

JOCELYN J. HUNTER                         MICHAEL W. FOSTER
Vice-President Legal                      DAVID J. CARDIFF
Employment and Labor Law                  Attorneys for Defendant
HOME DEPOT U.S.A., INC.,                  HOME DEPOT U.S.A., INC.
Defendant

Pursuant to stipulation, this case is hereby DISMISSED.  The Clerk shall close the file.

Dated: February 14, 2006



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

RE STIPULATED DISMISSAL

Dated: 2/9/06

Dated: 01-27-05

*[signature]*
JOCELYN J. HUNTER
Vice-President Legal
Employment and Labor Law
HOME DEPOT U.S.A., INC.,
Defendant

*[signature]*
MICHAEL W. FOSTER
DAVID J. CARDIFF
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

FOSTER & ASSOCIATES
ATTORNEYS AT LAW
610 – 16TH STREET · SUITE 310 · OAKLAND, CALIFORNIA 94612
TEL: (510) 763-1900 · FAX: (510) 763-5952

2